# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

June 11, 2025

*By the Court*:

| | |
|---|---|
| No. 25-1846 | ALINA SODEL and IVAN KAZNIYENKO,<br>Plaintiffs - Appellees<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br>Defendants - Appellants |
| **Originating Case Information:** ||
| District Court No: 1:24-cv-01886<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly ||

Upon consideration of the **UNOPPOSED MOTION TO WITHDRAW AND DISMISS APPEAL**, filed on June 10, 2025, by counsel for the appellants,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).


form name: **c7_FinalOrderWMandate**    (form ID: **137**)